UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALI HUSSEIN BAKHEET,

                Petitioner,

v.

WILLIAM BARR, et al.,

                Respondents.

CASE NO. C19-1286-MJP-BAT

**REPORT AND RECOMMENDATION**

Ali Hussein Bakheet initiated this 28 U.S.C. § 2241 habeas action through counsel to obtain release from immigration detention. Dkt. 1. The Government has moved to dismiss, arguing that this action is moot because Mr. Bakheet has been removed to Iraq pursuant to an administratively final order of removal. Dkt. 7.

Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because Mr. Bakheet's habeas petition challenges only the length of his immigration detention, his claims were fully resolved by release from custody. *See id.* at 1065. Accordingly, there is no collateral consequence that

REPORT AND RECOMMENDATION - 1

could be redressed by the Court, and Mr. Bakheet's habeas petition should be dismissed as moot. *See id.*

Accordingly, the Court recommends that the Government's motion to dismiss, Dkt. 7, be **GRANTED**, petitioner's habeas petition be **DENIED**, and this action be **DISMISSED** without prejudice. A proposed order accompanies this Report and Recommendation.

This Report and Recommendation is not an appealable order. Therefore a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case. Objections, however, may be filed and served upon all parties no later than **October 17, 2019.** The Clerk should note the matter for **October 18, 2019**, as ready for the District Judge's consideration if no objection is filed. If objections are filed, any response is due within 14 days after being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due. Objections and responses shall not exceed three pages. The failure to timely object may affect the right to appeal.

DATED this 2nd day of October, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge