UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALI HUSSEIN BAKHEET,

    Petitioner,

v.

WILLIAM BARR, et al.,

    Respondents.

Case No. C19-1286-MJP

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and **ORDERS**:

1. The Report and Recommendation is **ADOPTED**.

2. The Government's motion to dismiss as moot, Dkt. 7, is **GRANTED**.

3. Petitioner's habeas petition is **DENIED**, and this action is **DISMISSED** without prejudice.

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 2 day of Oct., 2019.

MARSHA J. PECHMAN
United States District Judge

ORDER OF DISMISSAL- 1